DATE 8/26/15

BEFORE JUDGE __Weinstein__   AT __10:15__ A.M/~~P.M~~.

C/R ~~or ECR~~ __L. Marino__   MAG. _____

## CIVIL CAUSE FOR STATUS CONFERENCE

Docket Number __CV14-1212__

Title __Frances Ludwigson__ vs __The Roman Catholic Diocese__

Appearances:  For Pltff. __A. Lunansky; J Maldonado__
__Frances Ludwigson__

For Deft. __Dominic Sarna__

Other: _____

✓ Case called.

✓ Counsel for all parties present.

___ Counsel for _____ not present.

✓ Conference held.

___ Parties advised the Court that the case has been settled.

___ Discovery completed. _____ Discovery pending

___ Discovery to be completed by _____.

___ Next conference scheduled for _____.

___ Case marked ready for trial on _____.

___ Pre-trial order signed and given to parties.

___ Jury to be selected on _____.

✓ Settlement discussions held.
✓ Parties agree to settlement.
✓ Settlement agreement signed and filed under seal.